UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SILVA, | Case No.:12-CV-05347-LHK |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| TEKSYSTEMS, INC., | |
| Defendant. | |

The case management conference set for May 9, 2013, is continued to September 4, 2013, at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by August 28, 2013. The case schedule remains as set in ECF No. 12.

**IT IS SO ORDERED.**

Dated: May 7, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-05347-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE