UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SILVA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>TEKSYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No.:12-CV-05347-LHK<br><br>ORDER ADVANCING THE HEARING DATE ON DEFENDANT'S MOTION FOR TERMINATING, EVIDENTIARY AND MONETARY SANCTIONS AND TO DISQUALIFY PLAINTIFF'S COUNSEL |

Pursuant to the stipulation of the parties, the hearing on Defendant TEKsystems, Inc.'s Motion for Terminating, Evidentiary and Monetary Sanctions and to Disqualify Plaintiff's Counsel, shall be advanced from October 25, 2013 to July 25, 2013, at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 29, 2013

　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 12-CV-05347-LHK
ORDER ADVANCING THE HEARING DATE ON DEFENDANT'S MOTION FOR TERMINATING, EVIDENTIARY AND MONETARY SANCTIONS AND TO DISQUALIFY PLAINTIFF'S COUNSEL