UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SILVA,<br><br>              Plaintiff,<br>v.<br><br>TEKSYSTEMS, INC.,<br><br>              Defendant. | Case No.:12-CV-05347-LHK<br><br>CONSENT TO PRESIDING JUDGE'S SERVICE AS A MEDIATOR |

The undersigned parties hereby stipulate and freely and voluntarily consent without any coercion or duress to having the Honorable Lucy H. Koh, the presiding judge in the above-captioned matter, serve as a mediator in settlement discussions on December 19, 2013. The undersigned parties consent to Judge Koh continuing in her role as presiding judge even if the case does not settle. The undersigned parties consent to Judge Koh presiding over the trial, regardless of whether the trial is a bench or jury trial.

**IT IS SO ORDERED.**

Dated: December 19, 2013

_____
Robert S. Nelson,
on behalf of Jose Silva

1

Case No.: 12-CV-05347-LHK
CONSENT TO PRESIDING JUDGE'S SERVICE AS A MEDIATOR

Dated: December 19, 2013

_____
Michael Kun
on behalf of Teksystems, Inc.

**IT IS SO ORDERED.**

Dated: December 19, 2013

_____
LUCY H. KOH
United States District Judge