UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SILVA, | ) |
| | ) |
| Plaintiff, | ) Case No.:12-CV-05347-LHK |
| | ) |
| v. | ) |
| | ) CASE MANAGEMENT ORDER |
| TEKSYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

Clerk: Martha Parker Brown  Plaintiff Attorney: Robert Nelson
Reporter: Lee-Anne Shortridge  Defendant Attorney: Michael Kun

On December 19, 2013, the Court held a hearing on the parties' summary judgment motions, Defendant's motions to strike, and Defendant's motions for sanctions.

For the reasons stated on the record on December 19, 2013, the Court ruled as follows:

(1) DENIES Plaintiff Jose Silva's Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment of Claims in its entirety;

(2) Finds INADMISSIBLE Silva's spreadsheet record of his hours worked;

(3) Finds ADMISSIBLE Cisco's TaskTracking records of Silva's hours worked;

(4) DENIES Defendant TEKsystems, Inc.'s Motion for Summary Judgment or, Alternatively, Partial Summary Judgment as to Silva's overtime claims, Causes of Action One and Two;

(5) DENIES Defendant TEKsystems, Inc.'s Motion for Partial Summary Judgment as to Silva's prayer for liquidated damages;

Case No.: 12-CV-05347-LHK
CASE MANAGEMENT ORDER

(6) DENIES Defendant TEKsystems, Inc.'s Motion for Partial Summary Judgment as to Silva's Cause of Action Three for wage statement violations;

(7) GRANTS Defendant TEKsystems, Inc.'s Motion for Partial Summary Judgment as to Silva's Cause of Action Four for waiting time penalties;

(8) GRANTS Defendant TEKsystems, Inc.'s Motion to Strike Silva's Disclosure of Information Shared In Confidential Settlement Communications and Mediation;

(9) GRANTS Defendant TEKsystems, Inc.'s Motion to Strike Silva's Impermissible Reliance Upon Excluded Tape Recordings in Violation of Court Order;

(10) DENIES Defendant TEKsystems, Inc.'s Motions for Sanctions.

The case schedule remains as set. The Court will not vacate the pretrial conference and trial dates until the parties file their stipulation of dismissal. A further case management conference will take place on January 15, 2014, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: December 19, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 12-CV-05347-LHK
CASE MANAGEMENT ORDER