UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE SILVA, | ) |
| Plaintiff, | ) Case No.:12-CV-05347-LHK |
| v. | ) |
| TEKSYSTEMS, INC., | ) ORDER |
| Defendant. | ) |

The motions embodied in ECF Nos. 39, 41, 48, 49, and 55, were addressed in the Court's order on December 19, 2013, ECF No. 62.

**IT IS SO ORDERED.**

Dated: January 7, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-05347-LHK
ORDER