United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOSE SILVA,

     Plaintiff,

   v.

TEKSYSTEMS, INC.,

     Defendant.

     )
     )
     )
     )
     )
     )
     )
     )
     )

Case No.:12-CV-05347-LHK

ORDER DIRECTING PARTIES TO FILE
JOINT CASE MANAGEMENT
STATEMENT

   The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for 1/15/2014 as required by Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, January 13, 2014, at 9 a.m.  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: January 9, 2014

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No.: 12-CV-05347-LHK
ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT